# MEMORANDUM DECISIONS.

In re ADAMS. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) In the matter of the application of William Roderick Adams for admission to the bar. No opinion. Application granted.

ADAMS v. SMITH. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by Luzon J. Adams against Ida A. Smith. No opinion. Motion granted, with $10 costs.

ADSIT v. GENERAL FIRE EXTINGUISHER CO. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by Agnes J. Adsit against the General Fire Extinguisher Company. No opinion. Motion granted, with $10 costs. See 40 N. Y. Supp. 1139.

A. L. HUMMEL ADVERTISING AGENCY, Respondent, v. HAMMOND, Appellant. (City Court of New York, General Term. October 26, 1897.) Action by the A. L. Hummel Advertising Agency against William A. Hammond. Oppenheim & Leventritt, for appellant. A. A. Mitchell, for respondent.
SCHUCHMAN, J. The order appealed from is affirmed, with costs; and the defendant is directed to serve an amended answer, as heretofore ordered, within two days after the service of the order affirming the order appealed from. All concur.

ALLAIRE, Respondent, v. KREILSHEIMER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 5, 1897.) Action by John T. Allaire against Max A. Kreilsheimer and Moses Kalfon. No opinion. Interlocutory judgment affirmed, with costs, on opinion in Allaire v. Kalfon, with leave to the defendants to answer on payment of costs of the demurrer and of this appeal. See 45 N. Y. Supp. 1133.

ANSELMENT, Respondent, v. UNION R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by Lawrence Anselment against the Union Railroad Company. N. Ottinger, for appellant. C. P. Loeser, for respondent. No opinion. Judgment affirmed, with costs.

ARNOLD et al., Respondents, v. BURGESS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Fred A. Arnold, by his guardian ad litem, B. Alice Richards, and Carrie Bell Arnold, against James Burgess. No opinion. Appeal dismissed, with costs.

BACHMAN, Appellant, v. SECOND AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by Fritz Bachman, an infant, against the Second Avenue Railroad Company. J. A. Straley, for appellant. P. Merrill, for respondent. No opinion. Judgment and order affirmed, with costs.

BALLOU, Appellant, v. MANHATTAN REAL-ESTATE & LOAN CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Walter Ballou against the Manhattan Real-Estate & Loan Company. No opinion. Judgment affirmed, with costs. See 45 N. Y. Supp. 10.

BAMBERGER v. OSHINSKY et al. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by Ira Leo Bamberger against Joseph Oshinsky and others. No opinion. Motion granted, with $10 costs.

In re BARNES. (Supreme Court, Appellate Division, Third Department. September 14, 1897.) In the matter of the application for the removal of Elmer E. Barnes from the office of police justice of the village of Hoosick Falls, N. Y. No opinion. Application denied, with $10 costs, without prejudice to the renewal thereof upon additional papers.

In re BATES et al. (Supreme Court, Appellate Division, Third Department. October 22, 1897.) In the matter of objections of Eugene W. Bates and Edmund C. Alger to certificate of independent nominations of county officers in Cortland county. No opinion. Order appealed from affirmed.

BATTERMAN, Appellant, v. DUFFY, Respondent. (Supreme Court, Appellate Division, Third Department. May 18, 1897.) Action by John M. Batterman against James Duffy. No opinion. Judgment affirmed, with costs.

BENSON, Appellant, v. INTERNATIONAL CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 8, 1897.) Action by Garrett J. Benson against the International Contracting Company. No opinion. Motion granted. See 45 N. Y. Supp. 1134.

In re BERRUS. (Supreme Court, Appellate Division, Fourth Department. March 24, 1897.) In the matter of Maria Berrus, an alleged incompetent person. No opinion. Motion to dismiss the appeal granted, with $10 costs and disbursements.

BIERCE et al., Respondents, v. JONES, Appellant. (Supreme Court, Appellate Division, Third Department. October 1, 1897.) Action by Mary Bierce and Martha Bierce against N. Ellsworth Jones. No opinion. Judgment of the county court affirmed, with costs.